Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for Defendant Donald Allen Holt*



FILED & ENTERED

AUG 20 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| IN RE DONALD ALLEN HOLT,<br><br>    Debtor. | Case No. 2:24-BK-12759-VZ<br><br>Chapter 7 |
| DAVID ROWLAND, SUCCESSOR TRUSTEE OF THE DELORIS LAMBERT REVOCABLE TRUST,<br>                              Plaintiff.<br>vs.<br><br>DONALD ALLEN HOLT,<br>                              Defendant. | Adv. Pro. No. 2:24-AP-01162-VZ<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date: 9-12-2024<br>Time: 10:30 am<br>Place: 255 E Temple St., Los Angeles<br>      Courtroom: 1368 |

   The Court has considered the **STIPULATION TO CONTINUE STATUS CONFERENCE** ("Stipulation"), between Defendant, Donald Allen Holt ("Defendant"), Plaintiff, David Rowland ("Plaintiff"),  Good cause appearing, IT IS ORDERED that the Stipulation is approved and the Status Conference is continued to **September 26, 2024, at 10:30 AM.**

Date: August 20, 2024

_____
Vincent P. Zurzolo
United States Bankruptcy Judge