David W. Baumgarten, Esq. SBN 179574
baum@yblaw.com
YALE & BAUMGARTEN LLP
1450 Frazee Road, Suite 403
San Diego, California 92108
Tel. (619) 220-8790
Fax (619) 220-0369

Attorney for Plaintiff

FILED & ENTERED

NOV 25 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPCTY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>    DONALD HOLT,<br><br>    Debtor_____<br>_____<br>DAVID ROWLAND, Successor Trustee of THE DELORIS LAMBERT REVOCABLE TRUST,<br>    Plaintiff,<br>    vs.<br>DONALD HOLT<br>    Defendant. | CASE NO:    2:24-bk-12759-VZ<br>CHAPTER 7<br><br><br><br><br>Adversary Case No. 2:24-ap-01162-VZ<br><br>**ORDER APPROVING STIPULATION FOR LEAVE TO FILE SECOND AMENDED ADVERSARY COMPLAINT AND SETTING DATE FOR RESPONSIVE PLEADING**<br><br>Next Hearing<br>DATE:    January 23, 2025<br>TIME:    10:30 a.m.<br>LOCATION: Department 1368 |

   The court reviewed the Pursuant to the parties' Stipulation for Leave to File Second Amended Adversary Complaint and Setting Date for Responsive Pleading ("Stipulation, docket #47). Good cause appearing, IT IS ORDERED:

   1. The Stipulation is APPROVED;

   2. November 7, 2024, is the deadline for Plaintiff to file a second amended complaint ("SAC") making the following four revisions - and no others; (1) alleging jurisdiction, (2) alleging

1 venue, (3) alleging core/non-core designation, and (4) withdrawing any claim under 11 USC §727, and no other revisions; and

3. November 27, 2024, is the deadline for Defendant to file a response to the SAC, or in the event the SAC is not filed, respond to the FAC.

###

Date: November 25, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge